

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00280-CR

**EX PARTE** Martin Naftali **SILVA CASILLAS**

From the County Court, Kinney County, Texas
Trial Court No. 13726CR
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on August 31, 2023.

SIGNED August 5, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

---

[1] Senior Judge Susan D. Reed signed the order denying the habeas corpus relief at issue in this appeal.